# Exhibit E

# VARNUM

480 Pierce Street | Suite 300
Birmingham, Michigan 48009
Telephone 248 / 567-7800 | Fax 248 / 567-7423 | www.varnumlaw.com

**Jailah D. Emerson**                                                          Direct 313 / 481-7346
                                                                  jdemerson@varnumlaw.com

May 29, 2024

***via UPS overnight delivery and email***

Canoo Inc.
Attn: Greg Ethridge greg.ethridge@canoo.com; Sabas Ruiz sabas.ruiz@canoo.com;
David Balan david.balan@canoo.com
19951 Mariner Ave
Torrance, CA
90503

> RE:     *NOTICE OF BREACH OF AGREEMENT, DEMAND FOR PAYMENT, AND RESERVATION OF RIGHTS*

To whom it may concern:

We represent R&E Automated, LLC ("R&E"). As you know, on September 25, 2023 R&E issued a quote to Canoo Inc. ("Canoo") for weld teardown support at Canoo Oklahoma City to be provided by R&E. A copy of the September 25, 2023 quote is attached hereto as **Exhibit A**. On January 22, 2024, February 15, 2024, and March 20, 2024 R&E issued purchase orders to Canoo. A copy of the purchase orders are attached hereto as **Exhibit B**. The quotes, purchase orders, and applicable Term and Conditions (attached hereto as **Exhibit C**) are collectively defined herein as the "Agreement".

Pursuant to the Agreement, all payments were due in full within 30 days of invoice mailing date. The Agreement specifies interest charges at one and one-half percent (1.5%) per month or part thereof, or the maximum legal rate permitted by law. Additionally, and without limitation, the Agreement entitles R&E to recover all costs incurred in collecting late payments, including, but not limited to, attorneys' fees.

Canoo has failed to pay invoices when due and is in breach of the Agreement. *See* pg. 1 of Terms and Conditions, "Prices and Payments". As of May 10, 2024, the amount of payments past due totals $119,812.58 plus accruing interest, costs and other charges pursuant to the Agreement (the "Payment Amount"). A copy of the Accounts Receivable Aging is attached hereto as **Exhibit D**.
**<u>R&E HEREBY DEMANDS THAT CANOO IMMEDIATELY PAY $119,812.58 PLUS ACCRUING INTEREST, COSTS AND OTHER CHARGES PURSUANT TO THE</u>**

Page 2

**AGREEMENT.** If R&E does not receive the entire Payment Amount no later than Friday, June 7, 2024, R&E will promptly commence legal proceedings against Canoo to collect all amounts owing pursuant to the Agreement, including but not limited to any and all exemplary damages, interest, costs, attorney fees, and other charges and legal and equitable remedies as allowed under the Agreement and/or by law.

Please be advised that this letter is not intended as a full recitation of all claims of R&E against Canoo and that nothing contained in or omitted from this letter is or shall be deemed to be a limitation, restriction, or waiver of any of R&E's rights or remedies, either at law or in equity, in connection with any of the matters raised or omitted herein, all of which are expressly reserved.

I look forward to your prompt response.

Best regards,

VARNUM

Jailah D. Emerson

JDE/bgb/mmm
Enclosure

# Exhibit A



70701 Powell Road,  Bruce Township, MI 48065 USA
Tel: 586.228.1900 Fax: 586-566-0471
www.reautomated.com

Canoo

To: David Balan Canoo                                    September 25, 2023

RE09252023-W1

## Weld teardown support

Thank you for your interest in R&E Automated Systems, LLC and the services offered by our engineering group.
In response to your request, we are pleased to submit the following quote.

<u>Scope of Work</u>
R&E Automated Systems, LLC will provide technician / engineer support at Canoo for the times specified by Canoo and as decided by Canoo Oklahoma City.

<u>Reporting</u>
Canoo should identify the primary contact person for the duration of the project.  The R&E Engineer or Technician will be responsible to report directly to this person.  Updates will occur at the prescribed cadence set forth by the Canoo team.

<u>Service:</u>
Our goal is to exceed Great Dane' expectations.

| <u>Billing:</u> | <u>Description</u> | <u>Price Each</u> |
|---|---|---|
| 1 | Weld Engineer | $70/hour |
| 2 | RSWA Box | $2500/week |
| 3 | Scope/Camera/Paxit | $500/week |
| 4 | Polisher | $250/week |

Travel time: straight time, Hotel: $140/day, Food: $60, rental car and flights at cost, mileage; $.64/mile, flights and rental cars at cost.

 Rate $70 Hour 0-40 Hours Overtime 1.3 X Rate 41-58 Hours, 1.7 X Rate 59-Above, Sun & all Holidays.

Not to exceed Quote – Qty 2 Techs, Capital Equipment, 4 week duration @ 65 Hours Week

R&E Automated expressly disallows the direct hiring of our employees during or following the contract period.
By accepting this quote, you acknowledge that R&E Automated Systems employees will not be available for direct hire.



70701 Powell Road,  Bruce Township, MI 48065 USA
Tel: 586.228.1900 Fax: 586-566-0471
www.reautomated.com

Approximate Sub Totals – Labor 2 @ 4 weeks (65/week) $42,168.00

Approximate Per Diem – Airfare ever two weeks at cost plus Hotel, Car Rental, Milage and Per Diem $275/daily X 2 Techs X 4 weeks $15,400 Expenses

Approximate Sub Total on Capital Equipment ($3250/Week) $13,000.00

**Approximate Not to exceed Purchase Order totals $70,568.00**

**Terms: 30 days** -US Dollars, Quote: Valid for 60 days

Thank you for the opportunity to quote this project for Canoo. Should you require any additional information, or have any questions regarding this quote please contact me directly on my cell phone at 248-894-0000.

Best regards,

Mike Pratt
R&E Automated Systems, LLC

R&E Automated expressly disallows the direct hiring of our employees during or following the contract period.
By accepting this quote, you acknowledge that R&E Automated Systems employees will not be available for direct hire.

# Exhibit B

```
|       |        |
— C A N O O —
|       |        |
```

# Purchase Order 00016621

*Supplier Details:*

| | |
|---|---|
| Company | R&E Automated Systems |
| Contact | Mike D'Agostin |
| Email | mdagostin@reautomated.com |
| Address | 70701 Powell Rd |
| | BRUCE TWP, MICHIGAN 48065 |

*Submit your response to:*

| | |
|---|---|
| Company | Canoo Technologies Inc. |
| Contact | Ingrid Biczkowski |
| Address | 19951 Mariner Avenue |
| | TORRANCE, CA 90503 |
| Phone | |
| Fax | |
| E-mail | ingrid.biczkowski@canoo.com |

This document has important legal consequences. The information contained in this document is proprietary of Canoo Technologies Inc.. It shall not be used, reproduced, or disclosed to others without the express and written consent of Canoo Technologies Inc..

All invoices must be sent to ap-invoices@canoo.com and reference a valid PO number, to avoid payment delays.
Payment inquires can be sent to ap@canoo.com

Where this purchase order relates to the purchase and supply of automotive systems or components being incorporated into Canoo vehicles, Canoo's General Terms and Conditions for the Purchase of Production Materials and Automotive Components, a copy of which has been provided to Supplier as part of the Request for Quotation packet or is available upon request, and any other duly executed agreement(s) between the Parties, shall apply and are incorporated herein by reference. Where this purchase order relates to the purchase and supply of any other types of goods or services, Canoo's General Terms and Conditions for the Purchase of Goods and Services, which are available at https://www.canoo.com/legal/, or any other duly executed agreement(s) between the Parties, shall apply and are incorporated herein by reference. Capitalized terms not otherwise defined herein shall have the meaning set forth in the operative Terms and Conditions or duly executed agreement(s) between the Parties. Unless otherwise specified by Canoo, any parts purchased shall be imported to the United States as pre-production prototype parts to be used exclusively for development, testing, product evaluation, or quality control purposes and therefore should be classified as duty-free under the U.S. Harmonized Tariff Schedule.

# Purchase Order 00016621

| | |
|---|---|
| Order | **00016621** |
| Order Date | **20-MAR-2024** |
| Change Order | **0** |
| Change Order Date | **20-MAR-2024** |
| Revision | **0** |
| Ordered | **41,784.00 USD** |

Sold To    **Canoo Technologies Inc.**
**19951 Mariner Avenue**
**TORRANCE, CA 90503**

Supplier    **R&E Automated Systems**
**70701 Powell Rd**
**BRUCE TWP, MICHIGAN 48065**

Bill To    **Canoo Technologies Inc.**
**19951 Mariner Ave**
**TORRANCE, CA 90503**
**UNITED STATES**

Ship To    **9528 W Interstate 40 Service Rd**
**OKLAHOMA CITY, OKLAHOMA 73128**
**UNITED STATES**

| Supplier Number | Payment Terms | Freight Terms | FOB | Location | Shipping Method |
|---|---|---|---|---|---|
| **12758** | **Net 30** | **Prepaid** | **None** | | **Optional Carrier** |

| Buyer | Currency | Requestor |
|---|---|---|
| **Ingrid Biczkowski** | **USD = US Dollar** | **David Balan** |

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|---|---|---|---|---|---|---|---|
| 1 | | Standard labor rate up to 40 hours per week | 70.00 | 160 | Hours | 11,200.00 | N |
| | | **Requested** 3/18/24 | **Promised** | 160 | Hours | 11,200.00 | |

Requested and Promised Dates correspond to the date of arrival at the Ship-to Location.

| | | | | **Line Total** | **11,200.00** |
|---|---|---|---|---|---|

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|---|---|---|---|---|---|---|---|
| 2 | | Labor rate 41-58 hours per week | 91.00 | 72 | Hours | 6,552.00 | N |
| | | **Requested** 3/18/24 | **Promised** | 72 | Hours | 6,552.00 | |

Requested and Promised Dates correspond to the date of arrival at the Ship-to Location.

– C A N O O –

## Purchase Order 00016621

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|------|------|-------------|-------|----------|-----|---------|---------|
| | | | | | **Line Total** | **6,552.00** | |
| 3 | | Labor rate 59+ hours per week | 119.00 | 28 | Hours | 3,332.00 | N |
| | | **Requested** 3/18/24 | **Promised** | 28 | Hours | 3,332.00 | |

Requested and Promised Dates correspond to the date of arrival at the Ship-to Location.

| | | | | | **Line Total** | **3,332.00** | |
|------|------|-------------|-------|----------|-----|---------|---------|
| 4 | | RSWA Box | 2,500.00 | 4 | Each | 10,000.00 | N |
| | | **Requested** 3/18/24 | **Promised** | 4 | Each | 10,000.00 | |

Requested and Promised Dates correspond to the date of arrival at the Ship-to Location.

| | | | | | **Line Total** | **10,000.00** | |
|------|------|-------------|-------|----------|-----|---------|---------|
| 5 | | Scope | 500.00 | 4 | Each | 2,000.00 | N |
| | | **Requested** 3/18/24 | **Promised** | 4 | Each | 2,000.00 | |

Requested and Promised Dates correspond to the date of arrival at the Ship-to Location.

| | | | | | **Line Total** | **2,000.00** | |
|------|------|-------------|-------|----------|-----|---------|---------|
| 6 | | Polisher | 250.00 | 4 | Each | 1,000.00 | N |
| | | **Requested** 3/18/24 | **Promised** | 4 | Each | 1,000.00 | |

Requested and Promised Dates correspond to the date of arrival at the Ship-to Location.

| | | | | | **Line Total** | **1,000.00** | |
|------|------|-------------|-------|----------|-----|---------|---------|

– C A N O O –

## Purchase Order 00016621

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|------|------|-------------|-------|----------|-----|---------|---------|
| 7 | | Per diem | 1,925.00 | 4 | Each | 7,700.00 | N |
| | | **Requested** 3/18/24 | **Promised** | 4 | Each | 7,700.00 | |

Requested and Promised Dates correspond to the date of arrival at the Ship-to Location.

| **Line Total** | 7,700.00 |
|----------------|----------|

| **Total** | 41,784.00 |
|-----------|-----------|



Proprietary and Confidential

```
|        |        |
– C A N O O –
|        |
```

# Purchase Order 00016422

*Supplier Details:*

|         |                        |
|---------|------------------------|
| Company | R&E Automated Systems   |
| Contact | Mike D'Agostin          |
| Email   | mdagostin@reautomated.com |
| Address | 70701 Powell Rd         |
|         | BRUCE TWP, MICHIGAN 48065 |

*Submit your response to:*

|         |                        |
|---------|------------------------|
| Company | Canoo Technologies Inc. |
| Contact | Mark Green              |
| Address | 19951 Mariner Avenue    |
|         | TORRANCE, CA 90503      |
| Phone   |                        |
| Fax     |                        |
| E-mail  | johnathon.green@canoo.com |

This document has important legal consequences. The information contained in this document is proprietary of Canoo Technologies Inc.. It shall not be used, reproduced, or disclosed to others without the express and written consent of Canoo Technologies Inc..

All invoices must be sent to ap-invoices@canoo.com and reference a valid PO number, to avoid payment delays.
Payment inquires can be sent to ap@canoo.com

Where this purchase order relates to the purchase and supply of automotive systems or components being incorporated into Canoo vehicles, Canoo's General Terms and Conditions for the Purchase of Production Materials and Automotive Components, a copy of which has been provided to Supplier as part of the Request for Quotation packet or is available upon request, and any other duly executed agreement(s) between the Parties, shall apply and are incorporated herein by reference. Where this purchase order relates to the purchase and supply of any other types of goods or services, Canoo's General Terms and Conditions for the Purchase of Goods and Services, which are available at https://www.canoo.com/legal/, or any other duly executed agreement(s) between the Parties, shall apply and are incorporated herein by reference. Capitalized terms not otherwise defined herein shall have the meaning set forth in the operative Terms and Conditions or duly executed agreement(s) between the Parties. Unless otherwise specified by Canoo, any parts purchased shall be imported to the United States as pre-production prototype parts to be used exclusively for development, testing, product evaluation, or quality control purposes and therefore should be classified as duty-free under the U.S. Harmonized Tariff Schedule.

| C A N O O |

## Purchase Order 00016422

| | |
|---|---|
| Order | **00016422** |
| Order Date | **15-FEB-2024** |
| Change Order | **0** |
| Change Order Date | **15-FEB-2024** |
| Revision | **0** |
| Ordered | **41,784.00 USD** |

Sold To **Canoo Technologies Inc.**
**19951 Mariner Avenue**
**TORRANCE, CA 90503**

Supplier **R&E Automated Systems**
**70701 Powell Rd**
**BRUCE TWP, MICHIGAN 48065**

Bill To **Canoo Technologies Inc.**
**19951 Mariner Ave**
**TORRANCE, CA 90503**
**UNITED STATES**

Ship To **9528 W Interstate 40 Service Rd**
**OKLAHOMA CITY, OKLAHOMA 73128**
**UNITED STATES**

| Supplier Number | Payment Terms | Freight Terms | FOB | Location | Shipping Method |
|---|---|---|---|---|---|
| **12758** | **Net 30** | **None** | **None** | | **None** |

| Buyer | Currency | Requestor |
|---|---|---|
| **Mark Green** | **USD = US Dollar** | **David Balan** |

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|---|---|---|---|---|---|---|---|
| 1 | | Standard labor rate up to 40 hours per week | 70.00 | 160 | Hours | 11,200.00 | N |
| | | **Requested** 2/14/24 | **Promised** | 160 | Hours | 11,200.00 | |

Requested and Promised Dates correspond to the date of arrival at the Ship-to Location.

| | | | | | | Line Total | 11,200.00 |
|---|---|---|---|---|---|---|---|

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|---|---|---|---|---|---|---|---|
| 2 | | Labor rate 41-58 hours per week | 91.00 | 72 | Hours | 6,552.00 | N |
| | | **Requested** 2/14/24 | **Promised** | 72 | Hours | 6,552.00 | |

Requested and Promised Dates correspond to the date of arrival at the Ship-to Location.

| —  C A N O O  — |

## Purchase Order 00016422

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|------|------|-------------|-------|----------|-----|---------|---------|
| | | | | | Line Total | 6,552.00 | |
| 3 | | Labor rate 59+ hours per week | 119.00 | 28 | Hours | 3,332.00 | N |
| | | **Requested** 2/14/24 | **Promised** | 28 | Hours | 3,332.00 | |
| | | Requested and Promised Dates correspond to the date of arrival at the Ship-to Location. | | | | | |
| | | | | | Line Total | 3,332.00 | |
| 4 | | RSWA Box | 2,500.00 | 4 | Each | 10,000.00 | N |
| | | **Requested** 2/14/24 | **Promised** | 4 | Each | 10,000.00 | |
| | | Requested and Promised Dates correspond to the date of arrival at the Ship-to Location. | | | | | |
| | | | | | Line Total | 10,000.00 | |
| 5 | | Scope | 500.00 | 4 | Each | 2,000.00 | N |
| | | **Requested** 2/14/24 | **Promised** | 4 | Each | 2,000.00 | |
| | | Requested and Promised Dates correspond to the date of arrival at the Ship-to Location. | | | | | |
| | | | | | Line Total | 2,000.00 | |
| 6 | | Polisher | 250.00 | 4 | Each | 1,000.00 | N |
| | | **Requested** 2/14/24 | **Promised** | 4 | Each | 1,000.00 | |

CANOO

## Purchase Order 00016422

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|------|------|-------------|-------|----------|-----|---------|---------|
| | | Requested and Promised Dates correspond to the date of arrival at the Ship-to Location. | | | | | |
| | | | | | Line Total | 1,000.00 | |
| 7 | | Per diem | 1,925.00 | 4 | Each | 7,700.00 | N |
| | | **Requested** **Promised** | | 4 | Each | 7,700.00 | |
| | | 2/14/24 | | | | | |
| | | Requested and Promised Dates correspond to the date of arrival at the Ship-to Location. | | | | | |
| | | | | | Line Total | 7,700.00 | |
| | | | | | **Total** | **41,784.00** | |

|
— C A N O O —
|         |

# Purchase Order 00016299

*Supplier Details:*

| | |
|---|---|
| Company | R&E Automated Systems |
| Contact | Mike D'Agostin |
| Email | mdagostin@reautomated.com |
| Address | 70701 Powell Rd |
| | BRUCE TWP, MICHIGAN 48065 |

*Submit your response to:*

| | |
|---|---|
| Company | Canoo Technologies Inc. |
| Contact | Ingrid Biczkowski |
| Address | 19951 Mariner Avenue |
| | TORRANCE, CA 90503 |
| Phone | |
| Fax | |
| E-mail | ingrid.biczkowski@canoo.com |

This document has important legal consequences. The information contained in this document is proprietary of Canoo Technologies Inc.. It shall not be used, reproduced, or disclosed to others without the express and written consent of Canoo Technologies Inc..

All invoices must be sent to ap-invoices@canoo.com and reference a valid PO number, to avoid payment delays.
Payment inquires can be sent to ap@canoo.com

Where this purchase order relates to the purchase and supply of automotive systems or components being incorporated into Canoo vehicles, Canoo's General Terms and Conditions for the Purchase of Production Materials and Automotive Components, a copy of which has been provided to Supplier as part of the Request for Quotation packet or is available upon request, and any other duly executed agreement(s) between the Parties, shall apply and are incorporated herein by reference. Where this purchase order relates to the purchase and supply of any other types of goods or services, Canoo's General Terms and Conditions for the Purchase of Goods and Services, which are available at https://www.canoo.com/legal/, or any other duly executed agreement(s) between the Parties, shall apply and are incorporated herein by reference. Capitalized terms not otherwise defined herein shall have the meaning set forth in the operative Terms and Conditions or duly executed agreement(s) between the Parties. Unless otherwise specified by Canoo, any parts purchased shall be imported to the United States as pre-production prototype parts to be used exclusively for development, testing, product evaluation, or quality control purposes and therefore should be classified as duty-free under the U.S. Harmonized Tariff Schedule.

| — C A N O O —

**Purchase Order 00016299**

| | |
|---|---|
| Order | **00016299** |
| Order Date | **22-JAN-2024** |
| Change Order | **0** |
| Change Order Date | **22-JAN-2024** |
| Revision | **0** |
| Ordered | **41,784.00 USD** |

| Sold To | **Canoo Technologies Inc.** | Supplier | **R&E Automated Systems** |
|---|---|---|---|
| | **19951 Mariner Avenue** | | **70701 Powell Rd** |
| | **TORRANCE, CA 90503** | | **BRUCE TWP, MICHIGAN 48065** |

| Bill To | **Canoo Technologies Inc.** | Ship To | **9528 W Interstate 40 Service Rd** |
|---|---|---|---|
| | **19951 Mariner Ave** | | **OKLAHOMA CITY, OKLAHOMA 73128** |
| | **TORRANCE, CA 90503** | | **UNITED STATES** |
| | **UNITED STATES** | | |

| Supplier Number | Payment Terms | Freight Terms | FOB | Location | Shipping Method |
|---|---|---|---|---|---|
| **12758** | **Net 30** | **Prepaid** | **None** | | **None** |

| Buyer | Currency | Requestor |
|---|---|---|
| **Ingrid Biczkowski** | **USD = US Dollar** | **David Balan** |

***Notes***: RE09242023-W1

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|---|---|---|---|---|---|---|---|
| 1 | | Standard labor rate up to 40 hours per week | 70.00 | 160 | Hours | 11,200.00 | N |
| | | **Requested** **Promised** | | 160 | Hours | 11,200.00 | |
| | | 1/23/24 | | | | | |

Requested and Promised Dates correspond to the date of arrival at the Ship-to Location.

| | | | | | Line Total | 11,200.00 | |
|---|---|---|---|---|---|---|---|

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|---|---|---|---|---|---|---|---|
| 2 | | Labor rate 41-58 hours per week | 91.00 | 72 | Hours | 6,552.00 | N |
| | | **Requested** **Promised** | | 72 | Hours | 6,552.00 | |
| | | 1/23/24 | | | | | |

Requested and Promised Dates correspond to the date of arrival at the Ship-to Location.

| | C A N O O |
|---|---|

## Purchase Order 00016299

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|---|---|---|---|---|---|---|---|
| | | | | | Line Total | 6,552.00 | |
| 3 | | Labor rate 59+ hours per week | 119.00 | 28 | Hours | 3,332.00 | N |
| | | **Requested** 1/23/24 | **Promised** | 28 | Hours | 3,332.00 | |
| | | Requested and Promised Dates correspond to the date of arrival at the Ship-to Location. | | | | | |
| | | | | | Line Total | 3,332.00 | |
| 4 | | RSWA Box | 2,500.00 | 4 | Each | 10,000.00 | N |
| | | **Requested** 1/23/24 | **Promised** | 4 | Each | 10,000.00 | |
| | | Requested and Promised Dates correspond to the date of arrival at the Ship-to Location. | | | | | |
| | | | | | Line Total | 10,000.00 | |
| 5 | | Scope | 500.00 | 4 | Each | 2,000.00 | N |
| | | **Requested** 1/23/24 | **Promised** | 4 | Each | 2,000.00 | |
| | | Requested and Promised Dates correspond to the date of arrival at the Ship-to Location. | | | | | |
| | | | | | Line Total | 2,000.00 | |
| 6 | | Polisher | 250.00 | 4 | Each | 1,000.00 | N |
| | | **Requested** 1/23/24 | **Promised** | 4 | Each | 1,000.00 | |

– C A N O O –

## Purchase Order 00016299

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|------|------|-------------|-------|----------|-----|---------|---------|
| | | Requested and Promised Dates correspond to the date of arrival at the Ship-to Location. | | | | | |
| | | | | | Line Total | 1,000.00 | |
| 7 | | Per diem | 1,925.00 | 4 | Each | 7,700.00 | N |
| | | **Requested** **Promised** | | 4 | Each | 7,700.00 | |
| | | 1/23/24 | | | | | |
| | | Requested and Promised Dates correspond to the date of arrival at the Ship-to Location. | | | | | |
| | | | | | Line Total | 7,700.00 | |
| | | | | | **Total** | **41,784.00** | |

# Exhibit C

## <u>R&E AUTOMATED SYSTEMS, LLC  TERMS AND CONDITIONS OF SALE</u>

<u>Offer of Sale</u> - Offers of sale are based solely on the terms and conditions found on the front page(s) of the accompanying quotation, invoice, or  proposal and those provided below (collectively, the "Agreement"). Unless otherwise provided on the face hereof, offers are available for acceptance for a period of 30 days from the date of this offer.

Any document submitted by Buyer to Seller confirming its intention to purchase good(s)/service(s) described in the Agreement will be deemed to constitute a confirmation and acceptance of the Agreement, even if the document states terms in addition to or different from those in the Agreement. All agreements between Seller and Buyer will be solely under the terms and conditions of the Agreement and exclusively these Terms and Conditions of Sale, and Seller objects to and rejects any and all additional or different terms contained in any document submitted to Seller by Buyer regardless of whether or when Buyer has submitted its purchase order. Any exception by Seller of any other document submitted by Buyer in connection with the purchase of goods/services does not constitute acceptance of or agreement to any terms and conditions in addition to or different from those contained in the Agreement and these Terms and Conditions of Sale, but will constitute only acknowledgment of receipt of the document. In addition, notwithstanding any terms contained in any documents submitted by Buyer in connection with the purchase of goods/services described under the Agreement, the acceptance of delivery by Buyer of goods/services described in the Agreement will constitute a course of conduct constituting Buyer's agreement to the terms and conditions of the Agreement and these Terms and Conditions of Sale, and expressly reject any additional or different terms and conditions.

<u>Exclusivity</u> - Seller's acceptance of Buyer's purchase order is expressly conditional upon Buyer's agreement to these terms and conditions. All inconsistent or additional terms, modifications, or changes are deemed material, are expressly rejected, and do not form a part of the Agreement unless Seller expressly agrees to such terms in writing.

<u>Prices and Payments</u> - Prices are exclusive of freight costs and any applicable sales, use or other taxes or duties, all of which shall be paid by Buyer. Prices quoted by Seller are subject to change without notice. If a supplier raises its prices or imposes a surcharge on Seller, Seller reserves the right to increase prices or institute surcharges on the goods, and Buyer agrees to accept such increases or surcharges until the termination of such price increases or surcharge or until the termination of the order. Prices are F.O.B. Seller's shipping point. All payments are due in full within 30 days of mailing by Seller of the invoice. If Buyer fails to make any payment when due, such interest shall be charged one and one-half percent (1 1/2%) of the total amount due per month or part thereof; or the maximum legal rate allowed by law. Buyer shall reimburse Seller for all costs incurred in collecting any late payments, including, without limitation, attorneys' fees. In addition to all other remedies under these Terms and Conditions of Sale or at law (which Seller does not waive by the exercise of any rights hereunder), Seller shall be entitled to suspend the delivery of any goods if Buyer fails to pay any amounts when due hereunder and such failure continues for five (5) days following written notice thereof. Buyer grants to Seller a security interest in the goods until payment in full has been collected and Buyer agrees to notify Seller prior to relocation of any product in which Seller has a security interest. Buyer shall execute any other document, including a financing statement or other document similar to the UCC-1, necessary to perfect Seller's security interest in the products. Buyer authorizes Seller to file at Buyer's expense any financing statement relating to the products without Buyer's signature, except where prohibited by law. Buyer shall pay all related filing fees.

When required by Seller, Buyer shall issue an Irrevocable Letter of Credit ("LOC") in favor of Seller in the amount of 100% of the purchase price. The LOC is to be issued by a bank or other financial institution, approved by Seller, within thirty (30) days from the date Buyer places its purchase order with Seller. The LOC shall be valid until 100% of the Price is paid to Seller.

Buyer shall not withhold payment of any amounts due and payable by reason of any set-off of any claim or dispute with Seller.

<u>Title</u> - Title to products does not pass to Buyer until Buyer has paid all amounts owed under the Agreement. Should Buyer fail to make any payment when owed, Seller may enter Buyer's premises without court order and remove the goods.

<u>Project Delays</u> - Undo project startup delays are considered to be durations greater than six months past Buyer-supplied startup date or six months past Seller's design completion. If such delays occur due solely to Buyers inability to provide Seller with access to necessary items, Sellers startup portion of the original proposal will be increased by 10%. Buyer will be liable for the excess charge.

<u>Delivery</u> - Seller shall not be liable for delivery delays beyond its control, including delays caused by its suppliers. The goods will be delivered within a reasonable period of time after receipt of Buyer's purchase order, subject to the availability of the goods. All delivery dates are merely good faith estimates. All shipments are F.O.B. Seller's shipping point, and the risk of loss passes to Buyer upon delivery. Seller may, in its sole discretion, without liability or penalty, make partial shipments of goods to Buyer. Each shipment will constitute a separate sale, and Buyer shall pay for the goods shipped whether shipment is in whole or partial fulfillment of Buyer's purchase order. If for any reason Buyer fails to accept delivery of any of the goods on or before the delivery date set forth in the Agreement, or if Seller is unable to deliver the goods on or before such date because Buyer has not provided appropriate instructions, documents, licenses or authorizations: (i) the goods shall be deemed to have been delivered; and (ii) Seller, at its option, may store the goods until Buyer accepts delivery, whereupon Buyer shall be liable for all related costs and expenses (including, without limitation, handling charges, storage charges and insurance charges).

<u>Warranties</u> - Seller does not warrant, express or implied, its services or  goods.  **SELLER EXPRESSLY DISCLAIMS ALL WARRANTIES, AND BUYER HEREBY EXPRESSLY WAIVES ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY WARRANTY AS TO MERCHANTABILITY OR FITNESS FOR PARTICULAR OR SPECIAL PURPOSES. SELLER SHALL UNDER NO CIRCUMSTANCES BE LIABLE FOR ANY SPECIAL, EXEMPLARY, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES REGARDLESS OF THE CAUSE.**

<u>Warranty Remedies</u> - In the event Buyer believes a warranty does exist, Buyer must notify Seller of any alleged warranty claim within 2 days after such claim arises; otherwise Buyer waives all rights to such claims. This paragraph is for waiver purposes only and does not contravene/void the Warranties Paragraph.

<u>Returns</u> - Seller does not warrant the products, which it distributes. Rather, the manufacturer supplies all warranties for these products and Buyer must deal directly with the product manufacturer for purposes of return, repair and exchange. All costs of return shall be the responsibility of Buyer. All returns will be pursuant to Seller's instructions. Buyer must contact Seller for a Return Material Authorization ("RMA") before returning any goods/services. All

1

<u>**R&E AUTOMATED SYSTEMS, LLC  TERMS AND CONDITIONS OF SALE**</u>

returns must reference the RMA number along with the original invoice number and the reason for return. Non-warranty returns of normal stock products that are unused and are in resalable condition will be subject to Seller's return policies in effect at the time, including applicable restocking and transportation charges and other conditions of return. All sales of goods/services to Buyer are made on a one-way basis and Buyer has no right to return goods purchased under this Agreement to Seller.

**Cancellations** - In the event of cancellation of the Agreement by Buyer, or in the event of default under the Agreement by Buyer that is not cured within 30 days after notice by Seller, Buyer will pay to Seller on demand all direct and indirect costs (including, without limitation, all applicable restocking or cancellation charges, including reimbursement for direct costs assessed by the manufacturer) incurred directly or indirectly by Seller in connection with the Agreement, all as reasonably determined by Seller, plus any profit to be negotiated with Buyer.

**Changes** - Seller reserves the right from time to time to unilaterally correct any typographical or clerical errors, including errors in mathematical computation that may exist.

Seller reserves the right at any time to submit a change order to Buyer with respect to the goods ("Change Order"). The Change Order shall be deemed accepted by Buyer unless Seller receives written notice from Buyer within five (5) days of the date marked on the Change Order. If the Buyer rejects the Change Order, Seller reserves the right to cancel the contract in its entirety without any penalty.

**Insurance** - During the term of the Agreement, and for a period of one (1) year thereafter, Buyer shall, at its own expense, maintain and carry insurance in full force and effect which includes, but is not limited to, commercial general liability (including product liability) in a sum no less than is commercial customary in the Seller's industry with financially sound and reputable insurers. Upon Seller's request, Buyer shall provide Seller with a certificate of insurance from Buyer's insurer evidencing the insurance coverage specified in these Terms and Conditions of Sale. Buyer shall provide Seller with thirty (30) days' advance written notice in the event of cancellation or material change in Buyer's insurance policy.

**Indemnification** - Buyer shall bear all risk of theft, loss or damage not caused by the gross negligence or willful misconduct of Seller or authorized Seller agents, for all goods/services acquired pursuant to this Agreement.

Buyer agrees to defend, indemnify and hold harmless Seller, its subsidiaries and affiliates and its respective officers, directors, members, employees, and agents, from any and all claims, judgments, demands, liabilities, damages of any kind or nature, costs or expenses incurred in connection with any claims (including but not limited to: lawsuits, administrative claims, regulatory actions and/ or other proceedings to recover for personal injury or death, property damage, or economic loss) that relate in any manner or arise in any way from the products, goods, materials, services, Seller's representations and/or Seller's performance, breach or failure to perform by Seller, without limitation, breach of warranty and claims for violation of laws or ordinances.

Buyer shall defend, indemnify, and hold harmless Seller, its subsidiaries, and affiliates and its respective officers, directors, members, employees, and agents, from any and all claims, judgments, demands, liabilities, damages of any kind or nature, costs or expenses incurred in connection with any alleged or actual failure, defect or deficiency of any materials or products tested, serviced, or analyzed by Seller.

Buyer's indemnification obligation will apply regardless of whether the claim arises in tort, gross negligence, recklessness, contract, equity or otherwise. Buyer's indemnification obligation will apply even if Seller furnishes all or a portion of the design, simulation, set-up, processing, programming, testing, services, materials, build, or construction used by Buyer.

**Proprietary Rights** - All patents, trademarks, copyrights, know-how, designs and other proprietary rights provided by Seller to Buyer remain the property of Seller, and Buyer shall honor all proprietary rights/ information.

**Modification** - Buyer shall not modify, alter, or make any changes to the goods provided by Seller. Buyer further shall not reverse engineer, disassemble, or attempt to recreate or redesign any goods sold by Seller. Some items purchased by Seller may be subject to patent rights. Seller and Buyer expressly acknowledge and promise that they or its agents will not attempt to use, modify, or reverse engineer the item in order to infringe, create, or modify the patent.

**Limitation of Liability** - Seller's price is based on the enforceability of this limitation of liability, and Buyer understands that the price would be substantially higher without this limitation.

Products manufactured by a third party ("Third Party Product") may constitute, contain, be contained in, incorporated into, used on, attached to or packaged together with, the goods/services. Third Party Products are expressly not covered or warrantied. Seller is not responsible for any inaccuracy which may be directly or indirectly related to Third Party Products. For the avoidance of doubt, **SELLER MAKES NO REPRESENTATIONS OR WARRANTIES WITH RESPECT TO ANY THIRD PARTY PRODUCT, INCLUDING ANY (a) WARRANTY OF MERCHANTABILITY; (b) WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; (c) WARRANTY OF TITLE; OR (d) WARRANTY AGAINST INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS OF A THIRD PARTY; WHETHER EXPRESS OR IMPLIED BY LAW, COURSE OF DEALING, COURSE OF PERFORMANCE, USAGE OF TRADE OR OTHERWISE. ALL THIRD PARTY GOODS ARE SUPPLIED/ USED "AS IS."**

Seller has no control over the ultimate utilization of any materials or equipment, which it tests and shall not be liable for said goods, materials, or equipment. Buyer assumes all responsibility and liability of the aforementioned.

SELLER SHALL HAVE NO LIABILITY TO BUYER OR THIRD PARTIES FOR LOST PROFITS OR FOR SPECIAL, CONSEQUENTIAL, EXEMPLARY OR INCIDENTAL DAMAGES OF ANY KIND, WHETHER ARISING IN CONTRACT, TORT, OR PRODUCT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POTENTIAL DAMAGES IN ADVANCE. IN NO EVENT SHALL SELLER BE LIABLE TO BUYER FOR ANY DAMAGES WHATSOEVER IN EXCESS OF THE AMOUNTS PAID TO SELLER FOR THE GOODS/SERVICES. IN THE EVENT THAT ANY WARRANTY OR WARRANTY REMEDY FAILS OF ITS ESSENTIAL PURPOSE, OR IS HELD TO BE INVALID OR UNENFORCEABLE FOR ANY REASON, IN CONSIDERATION OF THE OTHER PROVISIONS OF THIS AGREEMENT, THE PARTIES UNDERSTAND AND AGREE THAT ALL LIMITATIONS OF LIABILITY UNDER THIS PROVISION WILL NEVERTHELESS REMAIN IN EFFECT.

All technical advice, recommendations, and services of Seller are intended for use by persons having skill, at their own risk, and Seller assumes no responsibility, and Buyer herby waives all claims against

2

## R&E AUTOMATED SYSTEMS, LLC  TERMS AND CONDITIONS OF SALE

Seller, for results obtained or damages incurred from the use of Seller's advice, recommendations, and services. Buyer will indemnify and hold Seller harmless from and against all damages, costs, and expenses resulting from the aforementioned.

**Waiver** - No waiver by Seller of a right under this agreement shall waive any other rights of Seller.

**Governing Law** - This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan, without regard to its choice of law provisions.

**Submission to Jurisdiction** - Any legal suit, action or proceeding arising out of or relating to this Agreement shall be instituted in the federal courts of the United States of America or the courts of the State of Michigan in each case located in the County of Macomb, and each party irrevocably submits to the exclusive jurisdiction of such courts in any such suit, action or proceeding.

**Assignment** - Buyer shall not assign any of its rights or delegate any of its obligations under the Agreement without the prior written consent of Seller. Any purported assignment or delegation in violation of this Section is null and void. No assignment or delegation will relieve Buyer of any of its obligations under the Agreement.

**Termination** - In addition to any remedies that may be provided under these Terms and Conditions of Sale, Seller may terminate the Agreement with immediate effect upon written notice to Buyer, if Buyer: (a) fails to pay any amount when due under this Agreement; (b) has not otherwise performed or complied with any of these Terms and Conditions of Sale, in whole or in part; or (c) becomes insolvent, files a petition for bankruptcy or commences or has commenced against it proceedings relating to bankruptcy, receivership, reorganization, or assignment for the benefit of creditors.

**Survival** - Provisions of these Terms and Conditions of Sale which by their nature should apply beyond their terms will remain in force after any termination or expiration of the Agreement, including, but not limited to, the following provisions: Insurance, Confidential Information, Proprietary Rights, Patent Rights, Governing Law, Submission to Jurisdiction, Survival, and Compliance with Law.

**Attorney fees** - In the event of litigation or other proceedings by Seller to enforce or defend any term or provision of this Agreement or action stemming from this transaction, Buyer agrees to pay all costs and expenses sustained by Seller, including but not limited to, actual attorney's fees and costs. Seller shall be entitled to reimbursement of actual attorney fees and collection costs incurred to enforce its rights under this agreement.

**Force Majeure** - Neither party shall be responsible for delays or failure in performance of this Agreement (other than failure to pay any amounts due) to the extent that such party was hindered in its performance by any act of God, civil commotion, labor dispute, unavailability or shortages of materials or any other occurrence beyond its reasonable control.

**Seller's Agents** - Buyer acknowledges that it has been advised that no agent, employee, representative or dealer of Seller has any authority to bind Seller to any affirmation, promise, representation, or warranty concerning any of the products and, unless such affirmation, promise,

representation, or warranty is specifically set forth in this Agreement, it does not form a basis of this bargain and shall not be enforceable against Seller.

**Severability** - Any legally unenforceable provision may be severed from this agreement, and the remaining terms and conditions will be enforced as a whole.

**Compliance with Law** - Buyer shall comply with all applicable laws, regulations and ordinances, including, without limitation, the Export Administration Regulations, and the International Traffic in Arms Regulations. Buyer shall maintain in effect all the licenses, permissions, authorizations, consents and permits that it needs to carry out its obligations under this Agreement. Buyer shall comply with all export and import laws of all countries involved in the sale of the goods/services under this Agreement. Buyer assumes all responsibility for shipments of goods/services requiring any government import clearance.

**Entire Agreement** - This Agreement is the full and complete statement of the obligations of the parties relating to the subject matter hereof, and supersedes all previous agreements, understandings, negotiations and proposals. No provisions of this Agreement shall be deemed waived, amended, or modified by any party unless such waiver, amendment or modification shall be in writing and signed by a duly authorized officer of all parties. Said waiver, amendment or modification shall be a separate and distinct document titled "Waiver, Amendment, or Modification Agreement" that expressly states that it is waiving, amending, or modifying these specific terms.

**Relationship of the Parties** - The relationship between the parties is that of independent contractors. Nothing contained in this Agreement shall be construed as creating any agency, partnership, joint venture or other form of joint enterprise, employment or fiduciary relationship between the parties, and neither party shall have authority to contract for or bind the other party in any manner whatsoever.

# Exhibit D

# ACCOUNTS RECEIVABLE AGING

5/10/2024

**Company:** R&E Automated

9:28:33

Reporting Currency **USD**    As Of: 5/10/2024

**CANOO**    Canoo

| BP | Job # | References | Pay Terms | Days Old | Base Date | PO Reference | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91- 120Days | + 121 Days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CANOO | 23-TNM-1652 | AR055445, AR055445 | NET30 | 88 | 02/12/2024 | 16299 | 0.00 | 0.00 | 11,516.19 | 0.00 | 0.00 | 11,516.19 |
| CANOO | 23-TNM-1652 | AR055679, AR055679 | NET30 | 81 | 02/19/2024 | 16422 | 0.00 | 0.00 | 11,497.66 | 0.00 | 0.00 | 11,497.66 |
| CANOO | 23-TNM-1652 | AR056049, AR056049 | NET30 | 74 | 02/26/2024 | 16422 | 0.00 | 0.00 | 11,454.00 | 0.00 | 0.00 | 11,454.00 |
| CANOO | 23-TNM-1652 | AR056210, AR056210 | NET30 | 71 | 02/29/2024 | 16422 | 0.00 | 0.00 | 8,347.83 | 0.00 | 0.00 | 8,347.83 |
| CANOO | 23-TNM-1652 | AR056437, AR056437 | NET30 | 60 | 03/11/2024 | 16422 | 0.00 | 12,588.05 | 0.00 | 0.00 | 0.00 | 12,588.05 |
| CANOO | 23-TNM-1652 | AR056644, AR056644 | NET30 | 53 | 03/18/2024 | 16422 / 16621 | 0.00 | 11,487.16 | 0.00 | 0.00 | 0.00 | 11,487.16 |
| CANOO | 23-TNM-1652 | AR056914, AR056914 | NET30 | 46 | 03/25/2024 | 16621 | 0.00 | 6,857.97 | 0.00 | 0.00 | 0.00 | 6,857.97 |
| CANOO | 23-TNM-1652 | AR057093, AR057093 | NET30 | 40 | 03/31/2024 | 16621 | 0.00 | 8,448.84 | 0.00 | 0.00 | 0.00 | 8,448.84 |
| CANOO | 23-TNM-1652 | AR057330, AR057330 | NET30 | 32 | 04/08/2024 | 16621 | 0.00 | 13,417.49 | 0.00 | 0.00 | 0.00 | 13,417.49 |
| CANOO | 23-TNM-1652 | AR057551, AR057551 | NET30 | 25 | 04/15/2024 | 16621 | 19,690.24 | 0.00 | 0.00 | 0.00 | 0.00 | 19,690.24 |
| CANOO | 23-TNM-1652 | AR057791, AR057791 | NET30 | 18 | 04/22/2024 | 16621 | 4,507.15 | 0.00 | 0.00 | 0.00 | 0.00 | 4,507.15 |
| | **Canoo** | | | | | | 24,197.39 | 52,799.51 | 42,815.68 | 0.00 | 0.00 | 119,812.58 |

| | Not Due | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91-120 Days | + 121 Days | Total |
|---|---|---|---|---|---|---|---|
| **Report Totals in** USD : | 0.00 | 24,197.39 | 52,799.51 | 42,815.68 | 0.00 | 0.00 | 119,812.58 |

\* Partial Payment applied



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Canoo Inc.
Attn: Greg Ethridge
19951 Mariner Ave
Torrance, CA 90503

9590 9402 8767 3310 0920 19

2. Article Number (Transfer from service label)
9589 0710 5270 0920 2104 94

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 8767 3310 0920 19

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

RECEIVED
MAY 31 2024

• Sender: Please print your name, address, and ZIP+4® in this box•

Varnum LLP
480 Pierce Street, Suite 300
Birmingham, MI 48009

3-601975
405716 mmf