## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**R&E AUTOMATED SYSTEMS,**

    **Plaintiff,**

v.

**CANOO, INC.,**

    **Defendant.**

_____/

Case No. 24-11866

Honorable Denise Page Hood

## ORDER DISMISSING CASE

On September 23, 2024, Plaintiff filed a Notice of Voluntary Dismissal under Rule 41(a) of the Rules of Civil Procedure.

Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice pursuant to Rule 41(a)(1) of the Rules of Civil Procedure.

s/Denise Page Hood  
DENISE PAGE HOOD  
United States District Judge

DATED: October 16, 2024